No. 109. ALBRITTON ENGINEERING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *L. G. Clinton, Jr.,* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Melvin Pollack* for respondent.

No. 117. VOGEL ET AL. *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied. *Carl L. Shipley* for petitioners. *Ferrill H. Rogers* for Corporation Commission of Oklahoma, respondent.

No. 120. CHEYENNE RIVER SIOUX TRIBE OF INDIANS *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. *William Howard Payne* for petitioner. *Solicitor General Cox* for the United States.

No. 126. LIPPI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Edward L. Carey* and *Walter E. Gillcrist* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 129. CRANCE ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Edgar Shook* for petitioners. *Solicitor General Cox, Assistant Attorney General Weisl, Roger P. Marquis* and *Richard N. Countiss* for the United States.

No. 130. RUCKER, GUARDIAN *v.* FIFTH AVENUE COACH LINES, INC., ET AL. Ct. App. N. Y. Certiorari denied. *Jacob D. Fuchsberg, Irving Malchman* and *Leo Pfeffer* for petitioner. *Stuart Riedel* for respondents.